# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 23-53009 JEH | Judge: John E. Hoffman, Jr. | Trustee Name: | David M. Whittaker |
|---|---|---|---|---|
| Case Name: | Jigar K. Panchal | | Date Filed (f) or Converted (c): | 08/30/2023 (f) |
| | Evisleidy Cruz Panchal | | 341(a) Meeting Date: | 10/05/2023 |
| For Period Ending: | 10/08/2023 | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2023 Hyundai Elantra Mileage: 3,800 Value Per Carmax | 23,000.00 | 0.00 | | 0.00 | FA |
| 2. 2019 Gmc Canyon Mileage: 48K Value Per Kbb | 29,382.00 | 1.00 | | 0.00 | 1.00 |
| 3. Household Goods And Furnishings | 4,000.00 | 0.00 | | 0.00 | FA |
| 4. Household Electronics | 1,800.00 | 0.00 | | 0.00 | FA |
| 5. Clothes/Wearing Apparel | 400.00 | 0.00 | | 0.00 | FA |
| 6. Jewelry | 1,500.00 | 0.00 | | 0.00 | FA |
| 7. Chase (This Account Was The Source Of The Attorney Fee) | 157.50 | 0.00 | | 0.00 | FA |
| 8. Chase | 0.00 | 0.00 | | 0.00 | FA |
| 9. Pnc | 0.00 | 0.00 | | 0.00 | FA |
| 10. Honda Fcu | 15.05 | 0.00 | | 0.00 | FA |
| 11. Honda Fcu | 1,183.70 | 0.00 | | 0.00 | FA |
| 12. With Current Employer | 900.00 | 0.00 | | 0.00 | FA |
| 13. With Current Employer | 200.00 | 0.00 | | 0.00 | FA |
| 14. 2023 Tax Refund Federal | Unknown | 0.00 | | 0.00 | FA |
| 15. 2023 Tax Refund State | Unknown | 0.00 | | 0.00 | FA |
| 16. Group Term Life Insurance With Current Employer. No Cash Surrender Value. Beneficiary: Spouse | 0.00 | 0.00 | | 0.00 | FA |
| 17. Group Term Life Insurance With Current Employer. No Cash Surrender Value. Beneficiary: Son | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $62,538.25     $1.00          $0.00     $1.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Report of Meeting of Creditors Held and the Notice of Assets were filed on 10/7/23.

The Debtors purchased a 2019 GMC Canyon on 5/19/23 and took possession of the 2019 GMC Canyon on the same date. The lien of Wright Patt Credit Union was not recorded on the title to the 2019 GMC Canyon until 6/28/23. This was more than 30 days after the debtors took possession of the 2019 GMC Canyon and the lien was recorded on the title within 90 days prior to the filing of the debtors' Chapter 7 case. The Trustee will file an adversary proceeding to avoid the lien of Wright Patt Credit Union as a preference pursuant to 11 USC section 547.  - David Whittaker 10/8/2023

The Trustee will file an objection to the debtors' claims of exemption in the 2019 GMC Canyon because they are not entitled to claim an exemption in the 2019 GMC Canyon if it is recovered for the benefit of the bankruptcy estate.  - David Whittaker 10/8/2023

The Trustee will file a motion for authority to sell the 2019 GMC Canyon free and clear of liens because the lien of Wright Patt Credit Union is disputed.  - David Whittaker 10/8/2023

Initial Projected Date of Final Report (TFR): 10/31/2024     Current Projected Date of Final Report (TFR): 10/31/2024

Trustee Signature:    /s/ David M. Whittaker    Date: 10/08/2023

David M. Whittaker
Two Miranova Place
Suite 700
Columbus, OH 43215-5098
(614)340-7431
dwhittaker@isaacwiles.com